IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| KYLER MOJE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No. 14 CV 00500 |
| vs. ) | |
| ) | Honorable Sara L. Ellis |
| FEDERAL HOCKEY LEAGUE, LLC.,, ) | |
| & OAKLEY, INC., ) | |
| ) | |
| Defendants. ) | |

**PLAINTIFF'S RULE 55 MOTION FOR DEFAULT**

NOW COMES the plaintiff, KYLER MOJE, by and through his attorney, Dean J. Caras, and as his motion for default pursuant to Federal Rule of Civil Procedure 55, states as follows:

1. That the Defendant, FEDERAL HOCKEY LEAGUE, LLC., was served with a summons and complaint in this matter on February 6, 2014 (Copy of summons, attached hereto as, Exhibit 1; copy of Certificate of Service, attached hereto as Exhibit 2).

2. That an appearance and answer was due to be filed by FEDERAL HOCKEY LEAGUE, LLC, on or before March 8th, 2014 and that as of today's date, defendant has failed to appear and take any action in defending this lawsuit.

3. That the aforesaid complaint asked for judgment against Defendant, FEDERAL HOCKEY LEAGUE, LLC., in an amount in excess of the jurisdictional limits of this Court, among other relief.

4. That within 10 days of the hearing of this motion, Plaintiff's counsel searched the court file of this matter and did not find an appearance filed by Defendant. (Attorney Certificate, attached hereto as Exhibit 3).

5. Plaintiff has attached to this motion as Exhibit 4 his proposed order of default against Defendant Federal Hockey League, LLC.

WHEREFORE, Plaintiff KYLER MOJE, respectfully requests that, pursuant to Federal Rule of Civil Procedure 55, this Honorable Court enter an order of default in his favor and against Defendant, FEDERAL HOCKEY LEAGUE, LLC., with prove-up of damages to follow, and any and all other further relief to which Plaintiff may be entitle by virtue of this motion.

      Respectfully Submitted,

      __s/_Dean J. Caras_____

      Dean J. Caras

Dean J. Caras
Attorneys for Plaintiff
320 W. Illinois, Suite 2216
Chicago, IL 60654
312-494-1500
Attorney No. 16980

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **KYLER MOJE,** | ) |
| **Plaintiff,** | ) |
| | ) **Case No. 14 CV 00500** |
| vs. | ) |
| | ) **Honorable Sara L. Ellis** |
| **FEDERAL HOCKEY LEAGUE, LLC.,,** | ) |
| **& OAKLEY, INC.,** | ) |
| **Defendants.** | ) |

## ORDER

This matter coming to be heard on Plaintiff's motion for default against Defendant, FEDERAL HOCKEY LEAGUE, LLC., the Court being duly advised in the premises, it is hereby ordered as follows:

1) An order of default is entered against Federal Hockey League, LLC.

2) This matter is transferred instanter to the proper room for the setting of a prove-up date;

3) Plaintiff to provide notice of this order to Federal Hockey League.

Dean J. Caras  ENTERED:
Attorney for Plaintiff
320 W. Illinois St., Suite 2216
Chicago, IL 60654  JUDGE:
312-494-1500
Attorney No. 16980