## Onondaga County Sheriff's Office
## CERTIFICATE OF SERVICE

In the United States District Court

NORTHERN DISTRICT OF ILLINOIS – EASTERN DIVISION

| | |
|---|---|
| Kyler Moje<br><br>vs.<br><br>Federal Hockey League LLC, & Oakley, Inc., | Index Number - 1:14-cv-00500<br><br>Sheriff File Number – 14138729 |

I, Deputy Sheriff David Vorndran, Badge # 135 of the Onondaga County Sheriff's Department, Syracuse, NY, certify and affirm that on 2/6/2014 at approximately 3:11 PM, at 5679 Thompson Road South Dewitt, NY 13214 served the within Summons & Complaint upon Federal Hockey League LLC, the defendant named therein, in the following manner.

CORPORATION

By delivering to and leaving with DON KIRNAN the president for the Defendant personally a true copy thereof.

DESCRIPTION

The person served was approximately: Skin Color: White, Hair Color: Grey, Gender: Male Height: 5' 7" Weight: 210 Age: 45-65.

SERVICE ATTEMPTS
Date: 2/3/2014 @ 1:35 PM - 5679 Thompson Road South Dewitt, NY 13214
Date: 2/6/2014 @ 3:11 PM - 5679 Thompson Road South Dewitt, NY 13214

Dated:
Thursday, February 06, 2014

David Vorndran     135
Deputy Sheriff     Badge Number