# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| KYLER MOJE, ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | **Case No. 14 CV 00500** |
| vs. ) | |
| ) | **Honorable Sara L. Ellis** |
| FEDERAL HOCKEY LEAGUE, LLC.,, ) | |
| & OAKLEY, INC., ) | |
| ) | |
| **Defendants.** ) | |

### CERTIFICATE OF ATTORNEY

I, Dean Caras, the attorney for Plaintiff in this cause do hereby certify that on May 5, 2014, I reviewed the Court file for this case, and on May 5, 2014, I reviewed the register for this case.

I further certify that the proof of service of the summons shows that the following parties have been served on the dates indicated as follows:

Federal Hockey League: February 6th, 2014

I further certify that the only appearances filed of record, were for the following persons and on the dates shown herein:

Oakley, Inc -    March 19, 2014

And that all other parties to this cause have filed to file their appearances.

FURTHER AFFIANT SAYETH NOT.

_s/ Dean J. Caras___