## ITEM VII – FORMS
## SCHEDULE "A"



# STANDARD PLAYER CONTRACT

## 2011-2012

### Efax: 315-295-2569

PLAYER:_____ Date of Birth:_____

SSN:_____ Position:_____ Jersey #:_____

ADDRESS:_____

CELL PHONE:_____

Email:_____ NATIONALITY:_____ Salary $_____.00

    This standard player's contract (Contract) is made effective as of _____, by and between _____ (PLAYER) and the TEAM _____;

    1. FHL has organized and established a professional ice hockey league under the name FEDERAL HOCKEY LEAGUE (FHL).

    2. FHL entered into agreements with certain professional ice hockey teams (TEAM) (FHL affiliate Agreement) to participate in the FHL as a professional ice hockey team.

    3. FHL consistent with the provisions of the FHL affiliate Agreement and in view of the extraordinary and unique skills and abilities possessed by the PLAYER, wishes to employ PLAYER as a professional ice hockey player.

    4. PLAYER recognizes and represents that he has extraordinary and unique skills and abilities as an ice hockey player, and wishes to play ice hockey for a TEAM in the FHL.

    5. This contract contains the entire agreement between the parties, superseding all prior and contemporary oral or written statements, promises, representations or agreements by either party, unless they are set forth in writing, signed by authorized representatives of the parties, attached to this Contract, and filed in the League office. No subsequent agreements, contracts, promises or representations shall be binding or effective between the parties, unless set forth in writing, signed by authorized representatives for the parties, and promptly filed in the League office.

    6. The TEAM hereby employs the PLAYER as a professional ice hockey player for the term of _____

Season commencing _____ subject to the terms and conditions hereof, and agrees to pay the PLAYER the sum of $_____

**EXHIBIT 1
TO MOTION TO VACATE
DEFAULT**

Weekly Regular Season Compensation for the _____ season. (Weekly regular season compensation includes both Salary and Per Diem).

7. By executing this contract, the PLAYER and TEAM, understand that the compensation expressly provided for in this Contract is the only compensation or consideration being given to or received by the PLAYER.

8. PLAYER agrees to be bound for the term of this Agreement to the FHL's Rules and Regulations, the terms of which are specifically incorporated herein by reference.

9. PLAYER understands that in the event of an injury, that the PLAYER is bound by the Workman's Compensation laws of his respective state.

10. PLAYER agrees to report at a time and place fixed by the TEAM in excellent physical and mental condition and to maintain this level of conditioning throughout the term of this Agreement.

11. PLAYER agrees to perform at the best of PLAYER'S abilities as a professional ice hockey player, to provide PLAYER'S best services to, and perform satisfactorily for TEAM.

12. PLAYER agrees that TEAM shall have the sole and exclusive right to assign or transfer PLAYER to any TEAM, and PLAYER agrees to accept such assignment or transfer and to faithfully perform and carry out the terms of this Agreement.

13. PLAYER hereby grants to FHL and TEAM the sole right to use PLAYER'S name, voice, likeness and biographical material in connection with the promotion, publicizing and advertising of any and all goods and/or services provided by or through FHL/TEAM, and FHL/TEAM may use in any manner, at reasonable discretion, any television broadcast or other audio or video transmission included but not limited to video tapes, film or audio tapes. Such transmissions may include, but are not limited to, PLAYER'S performance as a professional ice hockey player. PLAYER waives the right to any compensations for use of PLAYER'S name, voice, likeness and biographical material in any and all such promotions, advertisements, publications, broadcasts and/or any and all other audio, video transmission, film or video tapes or printed materials.

14. PLAYER agrees to help promote FHL / TEAM by way of, but not limited to, participating in press conferences.

15. PLAYER'S failure to perform in accordance with all of the terms and conditions of the Agreement, and at the level required and/or PLAYER'S violation of the Rules and Regulations or any other rules of the FHL/ TEAM, may result in a fine and/or suspension of PLAYER, or termination of this Agreement by the FHL. If the PLAYER is released by the TEAM at any time, then all compensation and all benefits (including Housing) shall terminate immediately upon such release.

16. TEAM may assign or transfer any rights contained in this agreement to any TEAM without the consent of PLAYER.

17. Player hereby forever releases and discharges the FHL and its member Teams, their directors, officers, agents shareholders, members, partners and Team and any assignee of the foregoing (collectively the "Released Parties") from and against any and all liabilities, claims, demands, or causes of action ("Claims") that he may now or hereafter have for injuries or damages arising out of his participation in the FHL whether in a game, scrimmage, training session, promotion, appearance or demonstration ("Activities"). Player further releases and discharges the Released Parties of all Claims and expressly and voluntarily assumes all risk of death or personal injury sustained while participating in such Activities, including risk of injury from fights actions by fans and the media, conditions of the playing surface and all hidden, latent or obvious defects in any of the facilities or equipment used. Player acknowledges that this release is intended to be binding on the Player's heirs and assigns.

IN WITNESS WHEREOF, the undersigned execute this Contract the day and year first above written.

Coach/ GM                                                          PLAYER:


_____                    _____

                                                                    The Federal Hockey League, LLC
                                                                    A State of Mississippi Corporation

                                                                    By: _____

                                                                    Vice-Commissioner

37